UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DEAN WAYNE PFOUTZ,<br><br>Defendant. | Case No.: 25-CR-0173-TOR-1<br><br><br>PROTECTIVE ORDER |

    The United States of America, having applied to this Court for a Protective Order regulating disclosure of the discovery materials and the sensitive information contained therein to defense counsel in connection with the Government's discovery obligations, and the Court finding good cause therefore, **IT IS HEREBY ORDERED**:

    1.    The United States' Unopposed Motion for Protective Order Regulating Disclosure of Discovery and Sensitive Information is **GRANTED**.

    2.    The United States is authorized to disclose the discovery including sensitive information and materials (hereinafter "Discovery") in its possession pursuant to the discovery obligations imposed by this Court.

    3.    Government personnel and counsel for Defendant Dean Wayne Pfoutz ("Defendant"), shall not provide, or make available, the sensitive information in the Discovery to any person except as specified in the Order or by approval from this

PROTECTIVE ORDER ~ 1

1  Court. Counsel for Defendant and the Government shall restrict access to the
2  Discovery, and shall only disclose the sensitive information in the Discovery to their
3  client, office staff, investigators, independent paralegals, necessary third-party
4  vendors, consultants, and/or anticipated fact or expert witnesses to the extent that
5  defense counsel believes is necessary to assist in the defense of their client in this
6  matter or that the Government believes is necessary in the investigation and
7  prosecution of this matter.

8      4.    Third parties contracted by the United States or counsel for Defendant
9  to provide expert analysis or testimony may possess and inspect the sensitive
10 information in the Discovery, but only as necessary to perform their case-related
11 duties or responsibilities in this matter. At all times, third parties shall be subject to
12 the terms of the Order.

13     5.    Discovery in this matter will be available to defense counsel via access
14 to a case file on USA File Exchange. Counsel for Defense may download Discovery
15 from USA File Exchange and shall exercise reasonable care in ensuring the security
16 and confidentiality of the Discovery by electronically storing the Discovery on a
17 password-protected or encrypted storage medium, including a password-protected
18 computer, or device. If Discovery is printed, Counsel must also exercise reasonable
19 care in ensuring the security and confidentiality of the Discovery by storing copies
20 in a secure place, such as a locked office, or otherwise secure facility where visitors
21 are not left unescorted

22     6.    All counsel of record in this matter, including counsel for the United
23 States, shall ensure that any party, including the Defendant, that obtains access to
24 the Discovery is advised of this Order and that all information must be held in strict
25 confidence and that the recipient may not further disclose or disseminate the
26 information. Any other party that obtains access to, or possession of, the Discovery
27 containing discovery information once the other party no longer requires access to
28 or possession of such Discovery shall promptly destroy or return the Discovery once

PROTECTIVE ORDER ~ 2

access to Discovery is no longer necessary. No other party that obtains access to or possession of the Discovery containing sensitive information shall retain such access to or possession of the Discovery containing sensitive information unless authorized by this Order, nor further disseminate such Discovery expect as authorized by this Order or the further Order of this court. For purposes of this Order, "other party" is any person other than appointed counsel for the United States or counsel for Defendant.

    7.    All counsel of record, including counsel for the United States, shall keep a list of the identity of each person to whom the Discovery containing sensitive information is disclosed. Neither counsel for Defendant nor counsel for the United States shall be required to disclose this list of persons unless ordered to do so by the Court.

    8.    Upon entry of a final order of the Court in this matter and conclusion of any direct appeals, government personnel and counsel for Defendant shall retrieve and destroy all copies of the Discovery containing sensitive information, except that counsel and government personnel may maintain copies in their closed files following their customary procedures.

    9.    Government personnel and counsel for Defendant shall promptly report to the Court any known violations of this Order.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** November 24, 2025.



                THOMAS O. RICE
                United States District Judge

PROTECTIVE ORDER ~ 3