PS 8
(3/15)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2025
SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for
Eastern District of Washington

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pfoutz, Dean Wayne | Docket No. | 0980 2:25CR00173-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Dean Wayne Pfoutz, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 10th day of November 2025 under the following conditions:

**Condition #12:** Controlled Substances Prohibition: Defendant shall not use or possess any narcotic substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized to use medical marijuana under state law and regardless of whether marijuana is legal under state law.

**Condition #13:** Defendant shall be subject to random controlled substance testing administered by Pretrial Services and/or a treatment program and such testing shall not exceed six (6) times per month unless Defendant is participating in inpatient substance abuse treatment. While participating in inpatient substance abuse treatment. While participating in inpatient substance abuse treatment the treatment facility may conduct controlled substance testing on any frequency deemed appropriate by the facility/treatment program for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Defendant shall not in any way obstruct or attempt to obstruct or tamper with the efficiency and accuracy of prohibited substance testing.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On November 19, 2025, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Pfoutz, in which he acknowledged an understanding of the conditions at that time.

**Violation #1:** Dean Wayne Pfoutz is alleged to have violated the conditions of pretrial release supervision by testing positive for the presence of methamphetamine, amphetamine, marijuana and fentanyl, on November 13, 2025.

On November 13, 2025, Mr. Pfoutz participated in a substance use disorder assessment at New Horizons Care Center (NHCC) in Spokane Valley, Washington. As a part of this SUD assessment, Mr. Pfoutz provided a urine specimen for the purpose of drug testing. Subsequently, the sample was sent to Drug Scan for analysis.

On November 16, 2025, Drug Scan report to NHCC the above-noted urine specimen tested positive for the presence of marijuana, methamphetamine, amphetamine and fentanyl.

**Violation #2:** Dean Wayne Pfoutz is alleged to have violated the conditions of pretrial release supervision by admitting to ingesting methamphetamine on or about November 21, 2025.

On November 24, 2025, Mr. Pfoutz reported to the U.S. Probation Office for the purpose of drug testing. Prior to submitting to drug testing, Mr. Pfoutz admitted he ingested methamphetamine on or about November 21, 2025. Subsequently, Mr. Pfoutz signed a substance abuse admission form acknowledging his use of methamphetamine on or about November 21, 2025.

PS-8

Re: Pfoutz, Dean Wayne
December 5, 2025
Page 2

**Violation #3:** Dean Wayne Pfoutz is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at Pioneer Human Services (PHS) on November 21, 2025.

On November 19, 2025, the undersigned officer referred Mr. Pfoutz to the phase urinalysis testing program at PHS. Beginning on November 20, 2025, Mr. Pfoutz was instructed to call PHS daily to determine if he was required to submit to random drug testing.

Mr. Pfoutz failed to report for random drug testing at PHS on November 21, 2025.

PRAYING THAT THE COURT WILL ISSUE A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     December 5, 2025

by     s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

Dec. 5, 2025
Date